UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| CRAIG ROBERT CASSIDY ) | BANKRUPTCY CASE NUMBER 10-11446 |
| AMANDA MAE CASSIDY ) | CHAPTER 7 |
| ) | |
| DEBTORS. ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| CLAIM # 4 | Merchants Retail Credit Association, Inc. | $ 2.11 |
| | or Med & Dent Bus Bureau of Allen Co | |
| | PO Box 11285, 333 E. Washington Blvd. | |
| | Fort Wayne, Indiana  46857 | |

**TOTAL:**   $ 2.11

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana  46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of August, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven